```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 04 B 11172
   AVA SARITA CROSS
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-9487

------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
      The case was filed on 03/22/2004 and was confirmed 07/21/2004.

      The plan was confirmed to pay secured creditors 100% and unsecured
 creditors  10.00%.

      The case was dismissed after confirmation 12/05/2007.
------------------------------------------------------------------------
 CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                              PAID            PAID
------------------------------------------------------------------------
 DAIMLER CHRYSLER FINANCI  SECURED           5500.00            .00           697.66
 CHRYSLER FINANCIAL        UNSECURED        NOT FILED           .00              .00
 SELECT PORTFOLIO SERVICI  CURRENT MORTG         .00            .00              .00
 SELECT PORTFOLIO SERVICI  MORTGAGE ARRE   18509.89             .00         18509.89
 CITY OF CHICAGO WATER DE  SECURED NOT I    1643.52             .00              .00
 CITY OF CHICAGO WATER DE  SECURED           344.56             .00           238.42
 COOK COUNTY TREASURER     SECURED              .00             .00              .00
 SELECT PORTFOLIO SERVICI  COST OF COLLE     500.00             .00           451.00
 BENNIE W FERNANDEZ        DEBTOR ATTY     1,694.00                         1,694.00
 TOM VAUGHN                TRUSTEE                                          1,162.66
 DEBTOR REFUND             REFUND                                               .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                           RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
 TRUSTEE                  22,753.63

 PRIORITY                                              .00
 SECURED                                         19,896.97
 UNSECURED                                             .00
 ADMINISTRATIVE                                    1,694.00
 TRUSTEE COMPENSATION                              1,162.66
 DEBTOR REFUND                                         .00
                          ---------------      ---------------
 TOTALS                   22,753.63              22,753.63




              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 11172 AVA SARITA CROSS
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 03/26/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |